# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Drain, Gershwin A. | U.S. Distsrict Court, Eastern District of Michigan | 04/03/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge; active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States District Court
Theodore Levin United States Courthouse
231 W. Lafayette Blvd., Room 707
Detroit, MI 48226

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/03/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | Wayne County, Michigan Pension Payments | $14,192.04 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University School of Law | 05/03/19 to 05/07/19 | Arlington, VA | Education | Flight, Hotel, Meals and Shuttle |
| 2. | George Mason University School of Law | 10/16/19 to 10/20/19 | Santa Fe, NM | Education | Flight, Hotel, Meals and Shuttle |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/03/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.    IIRA #1 (H) | | | | | | | | | |
| 2.    - First Trust Sabrient Baker's Dozen Port | A | Dividend | | | Sold | 03/22/19 | K | | |
| 3.    - AMCAP Fund Class C Am. Funds | A | Dividend | L | T | | | | | |
| 4.    - American Balanced Fund/Am. Funds | A | Dividend | K | T | | | | | |
| 5.    - Cap. Income Builder Fd./ Class C - Am. Funds | B | Dividend | L | T | | | | | |
| 6.    - Cap. World Growth & Inc. Fd./ Am. Funds | A | Dividend | M | T | | | | | |
| 7.    - Europacific Growth Fund/Am Funds | A | Dividend | | | Sold | 03/29/19 | K | | |
| 8.    - Growth Fund of America/Am. Funds | A | Dividend | K | T | | | | | |
| 9.    - Hartford Floating Rate Fund | A | Dividend | | | Sold | 11/19/19 | K | | |
| 10.    - Income Fund of Amer. Class C - Am. Funds | C | Dividend | M | T | | | | | |
| 11.    - New Economy Fund/Am. Funds | A | Dividend | K | T | | | | | |
| 12.    - New Perspective Fund Class C - Am. Funds | A | Dividend | M | T | | | | | |
| 13.    IRA #2 (H) | | | | | | | | | |
| 14.    - Am. Funds Amcap Fund Class C | A | Dividend | | | Sold | 04/02/19 | J | | |
| 15.    - Am. Funds - American Balance Fund | A | Dividend | | | Sold | 04/02/19 | J | | |
| 16.    - American Funds Capital Income Builder | A | Dividend | | | Sold | 04/02/19 | J | | |
| 17.    - Am. Funds - Growth Fund of America | A | Dividend | | | Sold | 04/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | - American Funds New World Fund | A | Dividend | | | Sold | 04/02/19 | J | | |
| 19. | - American Balanced Fund Class F2 - Amer. Funds | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 20. | - American Global Bal Fund Class F2 - Amer. Funds | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 21. | - Bond Fund of America Class F2 - Amer. Funds | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 22. | - Cap. World Growth & Income - Class F2 - Amer. Funds | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 23. | - New Perspective Fund Class F2 - Amer. Funds | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 24. | - Washington Mutual Investors Fund Class F2 - Amer. Funds | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 25. | IRA #3 (H) | | | | | | | | | |
| 26. | - Am. Funds - Capital Income Builder | A | Dividend | | | Sold | 04/02/19 | J | | |
| 27. | - Am Funds Capital World Growth & Inc. | A | Dividend | | | Sold | 04/02/19 | J | | |
| 28. | - Am. Funds New Economy Fund | A | Dividend | | | Sold | 04/02/19 | J | | |
| 29. | - Am. Funds New Perspective Fund | A | Dividend | | | Sold | 04/02/19 | J | | |
| 30. | - American Balanced Fund Class F2 - Amer. Funds | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 31. | - American Global Bal Fund Class F2 - Amer. Funds | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 32. | - Bond Fund of America Class F2 - Amer. Funds | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 33. | - Capital World Growth & Income Fund Class F2 - Amer. Funds | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 34. | - New Perspective Fund Class F2 - Amer. Funds | A | Dividend | J | T | Buy | 04/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - Washington Mutual Investors Fund Class F2 - Amer. Funds | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 36. IRA #4 (H) | | | | | | | | | |
| 37. - Amer. Funds AMCAP Fund Class C | A | Dividend | | | Sold | 04/02/19 | J | | |
| 38. - Franklin Rising Dividends Fund Class C | A | Dividend | | | Sold | 04/02/19 | J | | |
| 39. - Franklin Mutual Global Discovery Fund | A | Dividend | | | Sold | 04/02/19 | J | | |
| 40. - American Balanced Fund Class F2 - Amer. Funds | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 41. - American Global Balanced Fund - Class F2 - Amer. Funds | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 42. - Bond Fund of America Class F2 - Amer. Funds | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 43. - Capital World Growth & Income Fund Class F2 - Amer. Funds | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 44. - New Perspective Fund Class F2 - Amer. Funds | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 45. - Washington Mutual Investors Fund Class F2 - Amer. Funds | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 46. IRA #6 (H) | | | | | | | | | |
| 47. - First Trust ETF II Utilities Alphadex Fund | A | Dividend | | | Sold | 03/29/19 | J | | |
| 48. - First Trust ETF IV Senior Loan Fund | A | Dividend | | | Sold | 03/12/19 | J | | |
| 49. - Global X U.S. Infrastructure Dev. ETF | A | Dividend | | | Sold | 03/29/19 | J | | |
| 50. - Goldman Sachs ETF Activebeta US Large Cap | A | Dividend | | | Sold | 03/29/19 | L | | |
| 51. - Invesco QQQ f/k/a Powershares QQQ Trust | A | Dividend | | | Sold | 03/29/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - Invesco Aerospace & Def f./k/a Powershares ETF Tr. Aerospc, & Def, | A | Dividend | | | Sold | 03/29/19 | J | | |
| 53. - Invesco S&P 500 Equal Weight Energy ETF | A | Dividend | | | Sold | 03/29/19 | J | | |
| 54. - Invesco S&P 500 Equal Weight Energy ETF | A | Dividend | | | Sold | 03/29/19 | J | | |
| 55. - Invesco Emerging Markets f/ka/ Powershares Emerging Markets ETF | A | Dividend | | | Sold | 03/29/19 | J | | |
| 56. - Ishares MSCI Aust ETF | A | Dividend | | | Sold | 03/29/19 | J | | |
| 57. - Ishares MSCI CDA ETF | A | Dividend | | | Sold | 03/29/19 | J | | |
| 58. - Ishares TR Core S & P 500 ETF | A | Dividend | | | Sold | 03/29/19 | K | | |
| 59. - Ishares 20 Yr TR BD ETF | A | Dividend | | | Sold | 03/22/19 | J | | |
| 60. - Ishares TR MSCI EAFE ETF | A | Dividend | | | Sold | 03/29/19 | J | | |
| 61. - IShares TR U.S. TECH ETF | A | Dividend | | | Sold | 03/29/19 | K | | |
| 62. - Ishares TR U.S. Fin SVC ETF | A | Dividend | | | Sold | 03/29/19 | J | | |
| 63. - Ishares TR CORE S&P SCP ETF | A | Dividend | | | Sold | 03/29/19 | K | | |
| 64. - Ishares TR U.S. CNSM GD ETF | A | Dividend | | | Sold | 03/29/19 | J | | |
| 65. - Ishares TR MSCI Ac Asia ETF | A | Dividend | | | Sold | 03/29/19 | J | | |
| 66. - Ishares TR 10-20 YR TRS ETF | A | Dividend | | | Sold | 03/29/19 | J | | |
| 67. - Ishares TR U.S. MED DVC ETF | A | Dividend | | | Sold | 03/29/19 | J | | |
| 68. - Ishares TR EAFE Grwth ETF | A | Dividend | | | Sold | 03/29/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | - Ishares TR Core MSCI EAFE | A | Dividend | | | Sold | 03/29/19 | K | | |
| 70. | - Ishares Incorporated Core MSCI EMKT | A | Dividend | | | Sold | 03/29/19 | K | | |
| 71. | - JPMorgan Betabuilders Japan ETF | A | Dividend | | | Sold | 03/29/19 | J | | |
| 72. | - Pimco ETF Trust | A | Dividend | | | Sold | 03/29/19 | K | | |
| 73. | - SPDR Blackstone f/k/a SSGA Active ETF<br>Trust Blackston/GSO Sr Ln ETF | A | Dividend | | | Sold | 03/12/19 | J | | |
| 74. | - SPDR Healthcare Select f/k/a Sector SPDR<br>TR SBI Healthcare | A | Dividend | | | Sold | 03/29/19 | J | | |
| 75. | - SPDR Con Disc Select f/k/a Sector SPDR<br>TR SBI Cons Discr | A | Dividend | | | Sold | 03/29/19 | J | | |
| 76. | - SPDR Fin Select f/k/a Sector SPDR TR<br>SBI Int-Finl | A | Dividend | | | Sold | 03/29/19 | J | | |
| 77. | - Vanguard Total Bond Market ETF | A | Dividend | | | Sold | 03/29/19 | J | | |
| 78. | - Vanguard Intermediate Term Gov Bond<br>ETF | A | Dividend | | | Sold | 03/29/19 | K | | |
| 79. | - Wisdomtree U.S. Largecap Div Fund | A | Dividend | | | Sold | 03/29/19 | J | | |
| 80. | - Wisdomtree Japan Smallcap Divid Fund | A | Dividend | | | Sold | 03/12/19 | K | | |
| 81. | IRA #7 (H) | | | | | | | | | |
| 82. | - AT&T Incorporated | A | Dividend | J | T | | | | | |
| 83. | - Abbott Labs | A | Dividend | J | T | | | | | |
| 84. | - Adobe Systems Inc. | A | Dividend | J | T | | | | | |
| 85. | - Alibaba Group Hldg. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   - Allstate Corp. | A | Dividend | J | T | Buy | 06/07/19 | J | | |
| 87.   - Alphabet Incorporated | A | Dividend | K | T | | | | | |
| 88.   - Amazon Com Inc. | A | Dividend | K | T | | | | | |
| 89.   - American Express Company | A | Dividend | J | T | | | | | |
| 90.   - Apple Inc. | A | Dividend | K | T | | | | | |
| 91.   - Bank Amer. Corp | A | Dividend | | | Sold | 08/16/19 | J | | |
| 92.   - Becton Dickinson & Co. | A | Dividend | J | T | | | | | |
| 93.   - Boeing Company | A | Dividend | K | T | | | | | |
| 94.   - Boston Scientific Corp. | A | Dividend | J | T | | | | | |
| 95.   - Bristol Myers Squibb Companh | A | Dividend | | | Sold | 03/15/19 | J | | |
| 96.   - CSX Corp. | A | Dividend | | | Sold | 07/31/19 | J | | |
| 97.   - CVS Health Corp. | A | Dividend | J | T | Buy | 09/05/19 | J | | |
| 98.   - Capital One Finl. Corp. | A | Dividend | J | T | Buy | 07/30/19 | J | | |
| 99.   - Chevron Corp. | A | Dividend | J | T | | | | | |
| 100.  - Cisco Systems Inc. | A | Dividend | J | T | | | | | |
| 101.  - Citigroup Inc. | A | Dividend | J | T | | | | | |
| 102.  - Coca Cola Company | A | Dividend | J | T | Buy | 01/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. - Comcast Corp. | A | Dividend | J | T | | | | | |
| 104. - Conocophillips | A | Dividend | | | Sold | 10/03/19 | J | | |
| 105. - Deere & Company | A | Dividend | J | T | Buy | 11/27/19 | J | | |
| 106. - Disney Walt Company | A | Dividend | J | T | | | | | |
| 107. - Dollar General Corp. | A | Dividend | J | T | | | | | |
| 108. - Dowdupont Inc. | A | Dividend | | | Sold | 02/05/19 | J | | |
| 109. - EOG RES Inc. | A | Dividend | | | Sold | 05/28/19 | J | | |
| 110. - Exxon Mobil Corp. | A | Dividend | J | T | Buy | 11/22/19 | J | | |
| 111. - Facebook Inc. | A | Dividend | J | T | Buy | 01/15/19 | J | | |
| 112. - Fiserv Inc. | A | Dividend | J | T | Buy | 11/07/19 | J | | |
| 113. - Gilead Sciences Inc | A | Dividend | | | Sold | 03/08/19 | J | | |
| 114. - Home Depot Inc. | A | Dividend | J | T | | | | | |
| 115. - Honeywell International Inc. | A | Dividend | J | T | | | | | |
| 116. - JPMorgan Chase & Co. | A | Dividend | K | T | | | | | |
| 117. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 118. - Lilly Eli & Company | A | Dividend | J | T | | | | | |
| 119. - McDonalds Corporation | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  - Merck & Company Inc. | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 121.  - Microsoft Corp. | A | Dividend | K | T | | | | | |
| 122.  - Micron Technology Inc. | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 123.  - Netflix Incorporated | A | Dividend | | | Sold | 10/21/19 | J | | |
| 124.  - Nike Incorporated | A | Dividend | J | T | | | | | |
| 125.  - Norfolk Southern Corp. | A | Dividend | J | T | Buy | 02/01/19 | J | | |
| 126.  - Nvidia Corp. | A | Dividend | J | T | | | | | |
| 127.  - Palo Alto Networks Incorporated | A | Dividend | J | T | | | | | |
| 128.  - Paypal Hldgs Incorporated | A | Dividend | J | T | | | | | |
| 129.  - Pepsico Inc. | A | Dividend | J | T | Buy | 10/24/19 | J | | |
| 130.  - Pfizer Inc. | A | Dividend | | | Sold | 08/05/19 | J | | |
| 131.  - Philip Morris Intl. Inc. | A | Dividend | J | T | Buy | 09/06/19 | J | | |
| 132.  - Procter and Gamble Company | A | Dividend | J | T | | | | | |
| 133.  - Qualcomm Inc. | A | Dividend | J | T | Buy | 04/17/19 | J | | |
| 134.  - Raytheon Company | A | Dividend | | | Sold | 06/17/19 | J | | |
| 135.  - Salesforce Com Inc. | A | Dividend | J | T | | | | | |
| 136.  - Schlumberger Limited | A | Dividend | J | T | Buy | 12/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.   - Servicenow Incorporated | A | Dividend | | | Sold | 05/06/19 | J | | |
| 138.   - TJX Companies Inc. | A | Dividend | J | T | | | | | |
| 139.   - Twitter IcorporatedA | A | Dividend | | | Sold | 10/28/19 | J | | |
| 140.   - United Technologies Corp. | A | Dividend | J | T | Buy | 10/24/19 | J | | |
| 141.   - Unitedhealth Group Inc. | A | Dividend | J | T | | | | | |
| 142.   - Valero Energy Corp. | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 143.   - Verizon Communications Incorporated | A | Dividend | | | Sold | 07/11/19 | J | | |
| 144.   - Vertex Pharmaceuticals Inc. | A | Dividend | | | Sold | 12/02/19 | J | | |
| 145.   - Visa Inc. | A | Dividend | J | T | | | | | |
| 146.   - Walmart Incorporated | A | Dividend | J | T | | | | | |
| 147.   - Wells Fargo Company New | A | Dividend | | | Sold | 04/16/19 | J | | |
| 148.   - Medtronic PLC Shs | A | Dividend | | | Sold | 04/15/19 | J | | |
| 149.   - Alcon Inc. | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 150.   - American Tower Corp. | A | Dividend | J | T | Buy | 06/05/19 | J | | |
| 151.   IRA #8 (H) | | | | | | | | | |
| 152.   - AT&T Incorporated | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 153.   - Air Products & Chemicals Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  - Apple Incorporated | A | Dividend | K | T | Buy | 04/02/19 | K | | |
| 155.  - Assurant Incorporated | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 156.  - Automatic Data Processing Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 157.  - Becton Dickinson & Co. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 158.  - Broadridge Finl. Solutions Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 159.  - Caseys General Stores Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 160.  - Coca Cola Company | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 161.  - Commerce Bancshares Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 162.  - Costco Wholesale Corp. | A | Dividend | J | T | Buy | 07/17/19 | J | | |
| 163.  - Exxon Mobil Corporation | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 164.  - Gallagher Arthur & Co. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 165.  - Gilead Sciences Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 166.  - Glacier Bancorp Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 167.  - Henry Jack & Assoc. Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 168.  - Home Depot Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 169.  - Illinois Tool Wks. Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 170.  - International Business Machines | A | Dividend | J | T | Buy | 04/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. - Johnson & Johnson | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 172. - Kimberly Clark Corp. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 173. - Leggett & Platt Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 174. - Mastercard Incorporated | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 175. - McCormick & Company Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 176. - McDonalds Corporation | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 177. - Merck & Company Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 178. - Nasdaq Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 179. - Oneck Incorporated | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 180. - Prosperity Bancshares Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 181. - Qualcomm Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 182. - Republic Svcs. Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 183. - Ross Stores Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 184. - Sherwin Williams Co. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 185. - Snap On Incorporated | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 186. - Stryker Corporation | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 187. - Tractor Supply Company | A | Dividend | J | T | Buy | 10/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Union Pacific Corporation | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 189. - United Technologies Corp. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 190. - V F Corporation | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 191. - Verizon Communications Inc. | A | Dividend | J | T | Buy | 05/08/19 | J | | |
| 192. - Wec Energy Group Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 193. - Walgreens Boots Alliance Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 194. - Watsco Incorporated | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 195. - Xcel Energy Inc. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 196. - Xilinx Incorporated | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 197. - Accenture Plc Ireland | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 198. - Steris Plc. USD | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 199. - American Tower Corp. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 200. - Realty Income Corp. | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 201. Brokerage Account #1 (H) | | | | | | | | | |
| 202. - Targe Res Corp. f/k/a Targa Res Partners LP Com Unit (X) | A | Dividend | J | T | | | | | |
| 203. - Realty Income Corporation Reit | B | Dividend | K | T | | | | | |
| 204. - American High Income Municipal Bond | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Blackrock Equity Div. Fund Class C | A | Dividend | K | T | | | | | |
| 206. - Calamos Growth & Income Fund Class C | A | Dividend | K | T | | | | | |
| 207. - Am Funds Cap World Growth & Inc Class C | A | Dividend | K | T | | | | | |
| 208. - First Eagle Global Fund Class C | A | Dividend | K | T | | | | | |
| 209. - Franklin Rising Dividends Fund | A | Dividend | K | T | | | | | |
| 210. - Am Funds Growth Fund of Amer Class C | A | Dividend | K | T | | | | | |
| 211. - Am Funds Investment Co of America Class A | A | Dividend | K | T | | | | | |
| 212. - Janus Henderson Global Eq. Inc. f/k/a Henderson European Focus Fund | A | Dividend | K | T | | | | | |
| 213. - Western Asset Int. Term Municipals Class C | A | Dividend | L | T | | | | | |
| 214. - MFS Mutual Income Fund | A | Dividend | J | T | Buy | 11/26/19 | J | | |
| 215. - Franklin Templeton Mutual Global Discovery | A | Dividend | K | T | | | | | |
| 216. - Am Funds New World Class C | A | Dividend | K | T | | | | | |
| 217. - Nuveen High Yield Mun. Bond Fund Class C | A | Dividend | K | T | | | | | |
| 218. - Tax Exempt Bond Fund of America | A | Dividend | J | T | | | | | |
| 219. - Raymond James Cash Account | | None | J | T | | | | | |
| 220. Brokerage Account #2 (H) | | | | | | | | | |
| 221. - AT&T Incorporated | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  - Abbott Labs | A | Dividend | J | T | | | | | |
| 223.  - Adobe Systems Inc. | A | Dividend | J | T | | | | | |
| 224.  - Alibaba Group Hldg | A | Dividend | J | T | | | | | |
| 225.  - Allstate Corporation | A | Dividend | J | T | Buy | 06/07/19 | J | | |
| 226.  - Alphabet Incorporated f/k/a Google Incorporated | A | Dividend | J | T | | | | | |
| 227.  - Amazon Com Incorporated | A | Dividend | J | T | | | | | |
| 228.  - American Express Company | A | Dividend | J | T | | | | | |
| 229.  - Apple Incorporated | A | Dividend | J | T | | | | | |
| 230.  - Bank of America Corporation | A | Dividend | | | Sold | 08/16/19 | J | | |
| 231.  - Becton Dickison & Company | A | Dividend | J | T | | | | | |
| 232.  - Boeing Company | A | Dividend | J | T | | | | | |
| 233.  - Boston Scientific Corp. | A | Dividend | J | T | | | | | |
| 234.  - Bristol Myers Squibb Company | A | Dividend | | | Sold | 03/05/19 | J | | |
| 235.  - CSX Corporation | A | Dividend | | | Sold | 07/31/19 | J | | |
| 236.  - CVS Health Corp. | A | Dividend | J | T | Buy | 09/05/19 | J | | |
| 237.  - Capital One Finl. Corp. | A | Dividend | J | T | Buy | 07/30/19 | J | | |
| 238.  - Chevron Corporation New | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Cisco Systems Incorporated | A | Dividend | J | T | | | | | |
| 240. - Citigroup Incorporated Com New | A | Dividend | J | T | | | | | |
| 241. - Coca Cola Company | A | Dividend | J | T | Buy | 01/04/19 | J | | |
| 242. - Comcast Corporation New | A | Dividend | J | T | | | | | |
| 243. - Conocophillips | A | Dividend | | | Sold | 10/03/19 | J | | |
| 244. - Deere & Company | A | Dividend | J | T | Buy | 11/27/19 | J | | |
| 245. - Disney Walt Company | A | Dividend | J | T | | | | | |
| 246. - Dollar General Corp. | A | Dividend | J | T | | | | | |
| 247. - Dowdupont Inc. f/k/a Dow Chemical Company | A | Dividend | | | Sold | 02/05/19 | J | | |
| 248. - EOG RES Inc. | A | Dividend | | | Sold | 05/28/19 | J | | |
| 249. - Exxon Mobil Corporation | A | Dividend | J | T | Buy | 11/22/19 | J | | |
| 250. - Faceook Inc. | A | Dividend | J | T | Buy | 01/15/19 | J | | |
| 251. - Fiserv Inc. | A | Dividend | J | T | Buy | 11/07/19 | J | | |
| 252. - Gilead Sciences Incorporated | A | Dividend | | | Sold | 03/08/19 | J | | |
| 253. - Home Depot Incorporated | A | Dividend | J | T | | | | | |
| 254. - Honeywell International Incorporated | A | Dividend | J | T | | | | | |
| 255. - JPMorgan Chase & Company | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.   - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 257.   - Lilly Eli & Company | A | Dividend | J | T | | | | | |
| 258.   - McDonalds Corporation | A | Dividend | J | T | | | | | |
| 259.   - Merck & Company | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 260.   - Microsoft Corporation | A | Dividend | J | T | | | | | |
| 261.   - Micron Technology Inc. | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 262.   - Netflix Incorporated | A | Dividend | | | Sold | 10/21/19 | J | | |
| 263.   - Nike Incorporated | A | Dividend | J | T | | | | | |
| 264.   - Norfolk Southern Corp. | A | Dividend | J | T | Buy | 02/01/19 | J | | |
| 265.   - Nvidia Corp. | A | Dividend | J | T | | | | | |
| 266.   - Palo Alto Hldgs Incorporated | A | Dividend | J | T | | | | | |
| 267.   - Paypal Hldgs Incorporated | A | Dividend | J | T | | | | | |
| 268.   - Pepsico Inc. | A | Dividend | J | T | Buy | 10/24/19 | J | | |
| 269.   - Pfizer Incorporated | A | Dividend | | | Sold | 08/05/19 | J | | |
| 270.   - Philip Morris Intl. Inc. | A | Dividend | J | T | Buy | 09/06/19 | J | | |
| 271.   - Proctor and Gamble Co. | A | Dividend | J | T | | | | | |
| 272.   - Qualcomm Inc. | A | Dividend | J | T | Buy | 04/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  - Raytheon Company | A | Dividend | | | Sold | 06/17/19 | J | | |
| 274.  - Salesforce Com Incorporated | A | Dividend | J | T | | | | | |
| 275.  - Schlumberger Limited | A | Dividend | J | T | Buy | 12/11/19 | J | | |
| 276.  - Servicenow Incorporated | A | Dividend | | | Sold | 05/06/19 | J | | |
| 277.  - TJX Companies Inc. | A | Dividend | J | T | | | | | |
| 278.  - Twitter Incorporated | A | Dividend | | | Sold | 10/28/19 | J | | |
| 279.  - United Technologies corp. | A | Dividend | J | T | Buy | 10/24/19 | J | | |
| 280.  - United Health Group Inc. | A | Dividend | J | T | | | | | |
| 281.  - Valero Energy Corp. | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 282.  - Verizon Communications Incorporated | A | Dividend | | | Sold | 07/11/19 | J | | |
| 283.  - Vertex Pharmaceuticals Inc. | A | Dividend | | | Sold | 12/02/19 | J | | |
| 284.  - Visa Incorporated | A | Dividend | J | T | | | | | |
| 285.  - Walmart Incorporated | A | Dividend | J | T | | | | | |
| 286.  - Wells Fargo Company New | A | Dividend | | | Sold | 04/16/19 | J | | |
| 287.  - Medtronic PLC Shs (Ireland) | A | Dividend | | | Sold | 04/15/19 | J | | |
| 288.  - Alcon Incorporateed | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 289.  - American Tower Corp. | A | Dividend | J | T | Buy | 06/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Drain, Gershwin A.** | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. Virginia 529 Plan, College Savings Plan, Moderate (H) Growth | | | | | | | | | |
| 291. - AMCAP Fund - 529C | A | Dividend | J | T | | | | | |
| 292. - Capital World Growth & Income - 529C | A | Dividend | J | T | | | | | |
| 293. - The Growth Fund of America - 529C | A | Dividend | J | T | | | | | |
| 294. - The Investment Company of America - 529C | A | Dividend | J | T | | | | | |
| 295. Hartford Life Insurance Cash Value Acct. #1 (H) | | | | | | | | | |
| 296. - American Funds Income Fund | A | Dividend | J | T | | | | | |
| 297. - American Funds Growth | A | Dividend | J | T | | | | | |
| 298. - Franklin Templeton Mutual Shares Sec | A | Dividend | J | T | | | | | |
| 299. PNC Bank Checking & Savings Accounts | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/03/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/03/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gershwin A. Drain**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544